# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **HMV PROPERTIES, LLC, et al.,** | : | |
| Plaintiffs, | : | Case No. 2:08-cv-895 |
| v. | : | **Judge Holschuh** |
| **IDC OHIO HOLDINGS, LLC, et al.,** | : | **Magistrate Judge King** |
| Defendants. | : | |
| | : | |

## ORDER

On January 22, 2010, Magistrate Judge King issued a Report and Recommendation, recommending that Plaintiffs' motion for prejudgment attachment be denied. The parties were advised of their right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed within the time allotted.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 154) and **DENIES** Plaintiffs' motion for prejudgment attachment (Doc. 56.)

**IT IS SO ORDERED.**


Date: February 11, 2010          **/s/ John D. Holschuh**
                                 John D. Holschuh, Judge
                                 United States District Court